UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | JOINTLY ADMINISTERED |
| H.M. QUACKENBUSH, INC., | B-05-61683 |
| Debtor. | Chapter 11 |

| | |
|---|---|
| In Re: | |
| HMQ METAL FINISHING GROUP LLC, | B-05-61690 |
| Debtor. | Chapter 11 |

**RECEIVED**

JUN 1 4 2005

OFFICE OF THE BANKRUPTCY JUDGE
UTICA, NY

| | |
|---|---|
| In Re: | |
| HMQ NATIONAL PLATING LLC, | B-05-61691 |
| Debtor. | Chapter 11 |

| | |
|---|---|
| In Re: | |
| HMQ CHEMTECH LLC, | B-05-61692 |
| Debtor. | Chapter 11 |

At Utica, New York, in said District this ___14___ day of June, 2005:

Upon the reading and the filing of the annexed Application of the Official Committee of Unsecured Creditors by Tom Casselman, Chairperson, and the annexed Affidavit of Harris Beach PLLC, by Lee E. Woodard, Esq., of counsel, and no adverse interests being represented, it is hereby

**ORDERED**, that Harris Beach PLLC, be and they are hereby appointed and designated as counsel for the Official Committee of Unsecured Creditors effective this ___14___ day of June, 2005, in the within jointly administered Chapter 11 proceedings, with their fees to be awarded by this Court

HARRIS BEACH ℠
ATTORNEYS AT LAW

upon proper application, based on contemporaneous daily time records, dispensing with the list of

creditors of the entry of this Order.


**E N T E R E D :**

Honorable Stephen D. Gerling
U.S. Bankruptcy Judge


NO OBJECTION:
UNITED STATES TRUSTEE
NORTHERN DISTRICT OF NEW YORK
BY: